UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

KENNETH T. CHAVEZ, on behalf of himself and all others similarly situated,

    Plaintiff,

-against-

77 BOX STREET HOLDING COMPANY, LLC and THE BOX HOUSE HOTEL LLC d/b/a THE BOX HOUSE HOTEL,

    Defendants.

1:19-cv-02411

**STIPULATED ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED that this action has been discontinued and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party.

Dated: Great Neck, New York
       July 8, 2019

_____
Mitchell Segal, Esq.
Law Offices of Mitchell Segal P.C.
Attorney for Plaintiff
1010 Northern Boulevard, Suite 208
Great Neck, NY 11021
(516) 415-0100

_____
William D. Hummell, Esq.
Kucker & Bruh, LLC
Attorney for Defendants
747 Third Avenue, 12th Floor
New York, NY 10017
(212) 869-5030

So Ordered

_____
Hon. Pamela K. Chen